**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

CRYSTAL CRUZ,

    Plaintiff,

v.                                             Case No. 6:24-cv-1008-RBD-NWH

CREDITMAX EXPERTS, LLC,

    Defendant.
_____

**ORDER**

In this Credit Repair Organizations Act case, Defendant defaulted (Doc. 13), and Plaintiff moved for a default judgment (Doc. 14). On referral, U.S. Magistrate Judge Nathan W. Hill entered a Report and Recommendation submitting that the Court should grant the motion in part with slight adjustments to the amount of costs to which Plaintiff is entitled. (Doc. 19 ("R&R").) The time has passed and there were no objections, so the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, it is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED**:

1.     The R&R (Doc. 19) is **ADOPTED AND CONFIRMED** and made a part of this Order in its entirety.

2.     Plaintiff's motion (Doc. 14) is **GRANTED IN PART AND DENIED**

    **IN PART** as set forth above and in the R&R.

3. Final default judgment is **ENTERED** in favor of Plaintiff and against Defendant in the total amount of $9,832.50, allocated to

   - $7,500.00 in actual damages;
   - $1,862.50 in attorneys' fees; and
   - $470.00 in costs.

4. Plaintiff is **AWARDED** post-judgment interest, which will accrue at the statutory rate as set forth in 28 U.S.C. § 1961.

5. The motion (Doc. 14) is **DENIED** in all other respects.

6. The Clerk is **DIRECTED** to enter judgment for Plaintiff in the amount of $9,832.50 and, thereafter, to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on August 20, 2025.



ROY B. DALTON, JR.
United States District Judge